IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

David Levi Whitehead #363127 )
(full name)      (Register No). )
_____ )
_____ )
                                )    Case No._____
            Plaintiff(s).       )
                                )
v.                              )
                                )
Department of Corrections )    Jury trial Demanded
George A. Lombardi )    Defendants are sued in their (check one):
(Full name)                          )    ____ Individual Capacity
2729 Plaza Dr., P.O. Box 236 )    ____ Official Capacity
Jefferson City, missouri 65102 )    _X_ Both
            Defendant(s).

## COMPLAINT UNDER THE CIVIL RIGHTS ACT OF 42 U.S.C. § 1983

I.    Place of present confinement of plaintiff(s): missouri Eastern Correctional Center 18701 Old Hwy 66 - Pacific, missouri 63069

II.   Parties to this civil action:
Please give your commitment name and any another name(s) you have used while incarcerated.

    A. Plaintiff David Levi Whitehead    Register No. 363127
       Address 18701 Old Hwy 66
       Pacific, missouri 63069

    B. Defendant George A. Lombardi
       2729 Plaza Dr., P.O. Box 236 - Jefferson City, missouri 65102
       Is employed as Director of the Department of Corrections

For additional plaintiffs or defendants, provide above information in same format on a separate page.

1

Page 1A

II. B.

matt Sturm
2729 Plaza Dr., P.O. Box 236
Jefferson City, missouri 65102
Deputy Division Director - Division of Adult Institutions

J. Cofield
2729 Plaza Dr., P.O. Box 236
Jefferson City, missouri 65102
Regional Director, Constituent Services

G. Campbell
2729 Plaza Dr., P.O. Box 236
Jefferson City, missouri 65102
D.O., Interim Associate Regional Medical Director

Alan Earls
P.O. Box 190
Fulton, missouri 65251
FRDC Warden

Catherine Ousley
P.O. Box 190
Fulton, missouri 65251
FRDC Assistant Warden

Alfred Garcia, MD-CCHP
P.O. Box 190
Fulton, missouri 65251
FRDC Medical Director

Page 1B

Rhonda Campbell; RN-CCHP
P.O. Box 190
Fulton, Missouri 65251
FRDC Medical Assitance

Dana Meyer, RN-CCHP
P.O. Box 190
Fulton, Missouri 65251
FRDC Health Service Administrator

John Doe
P.O. Box 190
Fulton, Missouri 65251
FRDC Property Room Officer

| | | | |
|---|---|---|---|
| III. | Do your claims involve medical treatment? | Yes _X_ | No ____ |
| IV. | Do you request a jury trial? | Yes _X_ | No ____ |
| V. | Do you request money damages? | Yes _X_ | No ____ |
| | State the amount claimed? | $ _5 million_ / _____ (actual/punitive) | |
| VI. | Are the wrongs alleged in your complaint continuing to occur? | Yes _X_ No ____ | |

VII. Grievance procedures:

A. Does your institution have an administrative or grievance procedure? Yes _X_ No ____

B. Have the claims in this case been presented through an administrative or grievance procedure within the institution? Yes _X_ No ____

C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)
_June 9, 2011 and August 3, 2011. Presented as grievances. They said my braces was lost. Pages 2A, 2B, 2C and 2D_

D. If you have not filed a grievance, state the reasons.
_N/A_

VIII. Previous civil actions:

A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case? Yes ____ No _X_

B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated? Yes ____ No _X_

C. If your answer is "Yes," to either of the above questions, provide the following information for each case.

(1) Style: _____ _N/A_
     (Plaintiff)                (Defendant)
(2) Date filed: _____ _N/A_

2

Page 2A

## OFFENDER GRIEVANCE APPEAL RESPONSE

**TO:** Whitehead, David #363127

**INSTITUTION:** Fulton Reception Diagnostic & Correctional Center

**GRIEVANCE NUMBER:** FRDC-11-44

**DATE OF APPEAL:** August 4, 2011

Your grievance appeal has been received and reviewed. As well, your medical record has been reviewed. The purpose of this review is to assure that timely and appropriate healthcare has been provided to you. This assessment of your medical needs may differ from your personal desires.

I understand your one original IRR complaint to be that you contend that the medical department lost your brace (back and chest), right leg brace and left ankle/foot brace. You want your braces returned.

Upon review of your medical record, grievance records and investigation of your concern, I found that your back leg and ankle braces had been kept in the receiving nurse's office until the doctor's appointment. It is noted you were issued a wheelchair which you had been using since your incarceration. Your record shows the medical staff returned your personal braces to the property department. It is noted there was no documentation concerning your braces when you arrived at MECC on May 26, 2011. Your record shows you had several healthcare encounters with the physician. At your October 1, 2011 encounter post assessment and examination your physician ordered an ACL brace for your right knee and a left ankle brace.

**Conclusion:** Based on the above information, your Grievance Appeal is not supported, as outlined above.

This should resolve your grievance. No further action is indicated at this time.

Should your medical condition change, please address any concerns through the sick call process at your facility.

| 08/23/2011 | 11/02/2011 | |
|---|---|---|
| Date Received | Date of Response | J. Cofield |
| | | Regional Director, Constituent Services |

_Mary H Campbell DO 11/8/2011_
Reviewed by/Date
G. Campbell, D.O., Interim Associate Regional Medical Director

JHC/sf

Cc: File
R.M.
H.S.A.
D.O.N.
Medical Director

**OFFENDER COPY**

# GRIEVANCE RESPONSE

**TO:** Offender David Whitehead # 363127
**INSTITUTION:** Fulton Reception & Diagnostic Center
**GRIEVANCE NUMBER:** FRDC 11-44
**DATE:** July 8, 2011

I have read and reviewed your grievance; there is no corresponding IRR as you filed the grievance after your transfer to Missouri Eastern Correctional Center. I have also examined your medical record regarding this issue.

*I understand your concern is:* The medical department lost your braces (back & chest brace, right full-leg brace, and left ankle & foot brace). Your resolution is to have all your braces returned.

*Subsequent to my review and investigation, I have found the following:*

1. You came to FRDC on March 29, 2011. It was noted on intake that your back, leg and ankle brace were kept in receiving (nurse office) until after the doctor appointment. You were issued a wheelchair.
2. Dr. Garcia met with you on March 30, 2011. His plan of treatment was for you to remain in the wheelchair and for braces to be held at the institution until your transfer to another facility.
3. Medical equipment not approved by the physician for issue should be returned to property. Staff report the braces were returned to the property department. There is no documentation of the braces being issued or sent home or that you gave up possession.
4. You transferred to MECC on May 26, 2011. There is no documentation in the nurse's note about the braces.
5. You will be evaluated by the physician at your present site (MECC). If the physician determines that braces are medically necessary, they will be provided for you at no cost.

*In conclusion,*

I cannot support your Grievance; your medical needs are being addressed. Please continue to keep medical aware of your concerns through Nurse Sick Call. You may also address concerns in writing to the Director of Nursing, Medical Director or Health Services Administrator at your present site. Thank you.

_____
Alfred Garcia, MD-CCHP
Medical Director

_____
Dana Meyer, RN-CCHP
Health Services Administrator

**OFFENDER COPY**

cc: Health Services Administrator - MECC



**St. John's Regional Health Center**
1235 E. Cherokee
Springfield, MO 65804

| FEDERAL TAX ID | DATE OF BILL | PAGE |
|---|---|---|
| 44-0552485 | 07/14/2011 | 7 of 18 |

| PATIENT NAME | PATIENT NUMBER | ADMISSION DATE | DISCHARGE DATE | |
|---|---|---|---|---|
| WHITEHEAD,DAVID | 41092310040 | 08/19/2009 | 08/28/2009 | **ITEMIZED STATEMENT OF ACCOUNT** |

INSURANCE COMPANY NAME

FOR QUESTIONS REGARDING THIS STATEMENT, PLEASE CALL
**(800) 572-8606**
or
**(417) 820-2700**

**GUARANTOR NAME & ADDRESS**

WHITEHEAD,DAVID
630 N DEXTER LOT 124
SPRINGFIELD, MO 65802

**PAYMENT & CREDIT CARD INFORMATION**

*RETURN THE TOP PORTION OF THE LAST PAGE OF THIS STATEMENT WITH YOUR PAYMENT TO ASSURE PROPER CREDIT.*

*DO NOT ENCLOSE INQUIRIES WITH YOUR PAYMENT*

| SERVICE DATE | ITEM NO. | DESCRIPTION | REVENUE CODE | QTY | UNIT PRICE | TOTAL CHARGES |
|---|---|---|---|---|---|---|
| 08/20/2009 | 460000002 | DRSG THERABOND 3D ISLAND 4X10 CUSTOM 3DAIXS-410 | 0272 | 1 | | 157.68 |
| 08/20/2009 | 400013428 | HCHG STETHOSCOPE ESOPHAGEAL 18FR(AKA 211939) | 0272 | 1 | | 14.00 |
| 08/20/2009 | 460000002 | SOL IRRIG SALINE 1000ML 07138-09 | 0272 | 1 | | 4.03 |
| 08/20/2009 | 460000002 | ADH SKIN DERMABOND PROPEN 0.5ML DPP6 | 0272 | 1 | | 156.80 |
| 08/20/2009 | 460000002 | TOOL MIDAS REX 14MH30 | 0272 | 1 | | 602.57 |
| 08/20/2009 | 460000002 | PREP CHLORAPREP ORNG TINT26ML 260815 | 0272 | 1 | | 39.42 |
| 08/20/2009 | 400013225 | HCHG SET EXT HP/MAXPLUS/CLAMP 6.5IN(AKA 211436) | 0272 | 1 | | 10.00 |
| 08/20/2009 | 460000002 | PK CUST BPSC0 GS0135 | 0272 | 1 | | 52.27 |
| 08/20/2009 | 460000002 | SUT VICRYL PLUS CT-1 18IN CR VCP739D | 0272 | 1 | | 66.11 |
| 08/20/2009 | 460000002 | SUT VICRYL PLUS 2-0 CT-2 18IN CR VCP726D | 0272 | 2 | | 127.20 |
| 08/20/2009 | 460000002 | SUT VICRYL PLUS - 8-18IN VIO C VCP740D | 0272 | 1 | | 66.34 |
| 08/20/2009 | 460000002 | HEMOSTATIC GELFOAM LG SZ 100 9034201 | 0272 | 1 | | 118.32 |
| 08/20/2009 | 460000002 | CORD BIPOLAR DUAL US349SP | 0272 | 1 | | 32.82 |
| 08/20/2009 | 460000002 | PK CUST MINOR NEURO SJ NU0113 | 0272 | 2 | | 228.22 |
| 08/20/2009 | 460000002 | DRAPE C-ARM 4951 | 0272 | 2 | | 39.72 |
| 08/20/2009 | 460000002 | COTTONOID SURG 0.75X0.75IN 801401 | 0272 | 1 | | 51.10 |
| 08/20/2009 | 460000002 | TUBE CONNECT 3/16INX10FT N510 | 0272 | 3 | | 22.08 |
| 08/20/2009 | 460000002 | KIT EVACUATOR 3/32IN 400ML SMALL 43600 | 0272 | 2 | | 99.98 |
| 08/20/2009 | 460000002 | PROBE STIM MONOPOLAR STD 8225101 | 0272 | 1 | | 528.17 |
| 08/22/2009 | 400004579 | HCHG KIT SUT REMOVAL DISP 66100 | 0272 | 1 | | 3.00 |
| 08/22/2009 | 400005205 | HCHG DRESSING XEROFORM ST 5X9 | 0272 | 1 | | 4.00 |
| 08/22/2009 | 400003360 | HCHG TUBE SALEM SUMP 14FR 48IN | 0272 | 1 | | 7.00 |
| 08/23/2009 | 400004579 | HCHG KIT SUT REMOVAL DISP 66100 | 0272 | 1 | | 3.00 |
| 08/23/2009 | 400013172 | HCHG DRSG THERABOND 3D ISLAND 4X10 | 0272 | 1 | | 158.00 |
| 08/24/2009 | 400004633 | HCHG TRAY IRRIGATION FOLEY 70CC SYR | 0272 | 1 | | 7.00 |
| 08/25/2009 | 400014496 | HCHG BRACE KNEE RANGER | 0272 | 1 | | 391.00 |
| 08/25/2009 | 400013225 | HCHG SET EXT HP/MAXPLUS/CLAMP 6.5IN | 0272 | 1 | | 10.00 |
| 08/25/2009 | 400005652 | HCHG CATH IV INTRCN SFTY 20GAX1.25I | 0272 | 1 | | 9.00 |
| | TOTAL | MEDICAL/SURGICAL SUPPLIES AND DEVICES - STERILE | 0272 | 106 | | 6,921.66 |
| 08/22/2009 | 400013692 | CUSTOM TLSO,TRIPLANAR CONTROL,TWO-PICE RIGID PL | 0274 | 1 | | 1,596.29 |
| | TOTAL | MEDICAL/SURGICAL SUPPLIES AND DEVICES - PROSTHE | 0274 | 1 | | 1,596.29 |
| 08/19/2009 | 400000002 | SCREW CORTEX 2.0X16MM | 0278 | 1 | | 82.00 |
| 08/19/2009 | 400000002 | SCREW CORTEX 2.0X14 | 0278 | 2 | | 164.00 |
| 08/19/2009 | 400000002 | SCREW CORTEX 2.0X20MM | 0278 | 1 | | 82.00 |
| 08/19/2009 | 460000006 | PLATE LCP 1/3 TUBULAR 5HOLE 241.351 | 0278 | 1 | | 398.83 |
| 08/19/2009 | 460000006 | SCREW CORT SELF TAP 3.5X50MM 204.850 | 0278 | 1 | | 60.22 |
| 08/19/2009 | 460000006 | SCREW CANC PT 4X45MM 207.045 | 0278 | 1 | | 43.38 |
| | | CONTINUED | | | | |

| PATIENT NUMBER | | |
|---|---|---|
| 41092310040 | | |

*PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE.*

NOTE: AMOUNTS INDICATED TO BE PAID BY THIRD PARTIES ARE ESTIMATED BY THE HOSPITAL. HOWEVER, THE PATIENT AND/OR RESPONSIBLE PARTY HAVE PERSONALLY GUARANTEED PAYMENT AND ARE RESPONSIBLE FOR THE TOTAL CHARGES ON THIS STATEMENT.

Make Checks Payable to:
St. John's Regional Health Center
1235 E. Cherokee
Springfield, MO 65804



**St. John's Regional Health Center**
1235 E. Cherokee
Springfield, MO 65804

| FEDERAL TAX ID | DATE OF BILL | PAGE |
|---|---|---|
| 44-0552485 | 07/14/2011 | 5 of 15 |

| PATIENT NAME | PATIENT NUMBER | ADMISSION DATE | DISCHARGE DATE | |
|---|---|---|---|---|
| WHITEHEAD, DAVID | 41092310040 | 08/19/2009 | 08/28/2009 | ITEMIZED STATEMENT OF ACCOUNT |

INSURANCE COMPANY NAME

FOR QUESTIONS REGARDING THIS STATEMENT, PLEASE CALL
**(800) 572-8606**
or
**(417) 820-2700**

GUARANTOR NAME & ADDRESS

WHITEHEAD, DAVID
630 N DEXTER LOT 124
SPRINGFIELD, MO 65802

PAYMENT & CREDIT CARD INFORMATION

*RETURN THE TOP PORTION OF THE LAST PAGE OF THIS STATEMENT WITH YOUR PAYMENT TO ASSURE PROPER CREDIT.*

*DO NOT ENCLOSE INQUIRIES WITH YOUR PAYMENT*

| SERVICE DATE | ITEM NO. | DESCRIPTION | REVENUE CODE | QTY | UNIT PRICE | TOTAL CHARGES |
|---|---|---|---|---|---|---|
| 08/20/2009 | 400001692 | HCHG MASK ANES FACE ADLT LG(AKA 34227) | 0270 | 1 | | 9.00 |
| 08/20/2009 | 400002645 | HCHG CIRCUIT ANES ADLT 3L 40IN(AKA 83969) | 0270 | 1 | | 23.00 |
| 08/20/2009 | 400011257 | HCHG CUFF BP ADLT DISP LF(AKA 91975) | 0270 | 1 | | 19.00 |
| 08/20/2009 | 100001109 | HCHG OXYGEN DAILY | 0270 | 1 | | 288.00 |
| 08/20/2009 | 400002664 | HCHG CASSETTE FLD WRM FLW RNGR STD(AKA 60113) | 0270 | 1 | | 52.00 |
| 08/20/2009 | 400002577 | HCHG CONNECTOR 5-IN-1 271502(AKA 3799) | 0270 | 1 | | 2.00 |
| 08/20/2009 | 400000946 | HCHG SET PLUMSET W/CLAVE Y-SITE(AKA 129947) | 0270 | 1 | | 29.00 |
| 08/20/2009 | 400000951 | HCHG SET PCA MINI BORE 3559-03(AKA 76440) | 0270 | 1 | | 26.00 |
| 08/20/2009 | 400012964 | HCHG OXYGEN SET UP | 0270 | 1 | | 50.00 |
| 08/21/2009 | 100001109 | HCHG OXYGEN DAILY | 0270 | 1 | | 288.00 |
| 08/22/2009 | 400000131 | HCHG TUBE SUCT YANKAUER BULB W/O TR | 0270 | 1 | | 3.00 |
| 08/22/2009 | 100001109 | HCHG OXYGEN DAILY | 0270 | 1 | | 288.00 |
| 08/22/2009 | 400015278 | HCHG WALL SUCTION | 0270 | 1 | | 15.00 |
| 08/22/2009 | 400002058 | HCHG FILTER ANTI REFLUX EX | 0270 | 1 | | 20.00 |
| 08/22/2009 | 400002637 | HCHG CIRCUIT IPPB UNSET IV | 0270 | 1 | | 8.05 |
| 08/23/2009 | 100001109 | HCHG OXYGEN DAILY | 0270 | 1 | | 288.00 |
| 08/23/2009 | 400002575 | HCHG CONTAINER GRAD TRIANG 1000CC | 0270 | 1 | | 1.00 |
| 08/24/2009 | 100001109 | HCHG OXYGEN DAILY | 0270 | 1 | | 288.00 |
| 08/25/2009 | 100001109 | HCHG OXYGEN DAILY | 0270 | 1 | | 288.00 |
| 08/25/2009 | 400000946 | HCHG SET PLUMSET W/CLAVE Y-SITE | 0270 | 1 | | 29.00 |
| 08/25/2009 | 400011070 | HCHG KIT IV START W/CHG SEPP | 0270 | 1 | | 6.00 |
| 08/25/2009 | 400012964 | HCHG OXYGEN SET UP | 0270 | 1 | | 50.00 |
| 08/27/2009 | 400010723 | HCHG GARMENT FOOT COMP REG 12IN | 0270 | 1 | | 234.00 |
| 08/28/2009 | 400002832 | HCHG BELT GAIT PASTEL | 0270 | 1 | | 39.00 |
| | TOTAL | MEDICAL/SURGICAL SUPPLIES AND DEVICES - GENERAL | 0270 | 55 | | 3,246.05 |
| 08/19/2009 | 400003176 | HCHG TUBING CONNECT 9/32X12FT | 0272 | 2 | | 18.00 |
| 08/19/2009 | 400012966 | HCHG CANNULA NASAL HN ADLT 7FT TB | 0272 | 1 | | 3.00 |
| 08/19/2009 | 400013737 | HCHG MASK HI O2 3IN1 W/7FT TUB ADLT | 0272 | 1 | | 5.00 |
| 08/19/2009 | 400003279 | HCHG TUBE TRACH HILO EVAC 8.0 | 0272 | 1 | | 76.00 |
| 08/19/2009 | 400014155 | HCHG TRAY CHEST TUBE INSERTION | 0272 | 1 | | 308.00 |
| 08/19/2009 | 400005992 | HCHG CATH CHEST TROCAR 28FR | 0272 | 1 | | 82.00 |
| 08/19/2009 | 400013124 | HCHG CONNECTOR CLEAR MAXPLUS VALVE | 0272 | 1 | | 7.00 |
| 08/19/2009 | 460000002 | TOURNIQUET 4X34IN 5921-034-235 | 0272 | 1 | | 128.71 |
| 08/19/2009 | 400000001 | BIT DRILL CALIBRATED 1.5MM | 0272 | 1 | | 970.00 |
| 08/19/2009 | 460000002 | COUNTER NDL SHRP SM 31142295 | 0272 | 1 | | 4.44 |
| 08/19/2009 | 460000002 | DRILL BIT QCK CPL 2X65MM 310.201 | 0272 | 1 | | 355.66 |
| 08/19/2009 | 460000002 | TUBE CONNECT 3/16INX10FT N510 | 0272 | 1 | | 7.36 |
| 08/19/2009 | 460000002 | SUT ETHIBOND 0 30IN CT-1 X424H | 0272 | 1 | | 10.22 |
| | | CONTINUED | | | | |

| PATIENT NUMBER | | |
|---|---|---|
| 41092310040 | | |

*PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE.*

NOTE: AMOUNTS INDICATED TO BE PAID BY THIRD PARTIES ARE ESTIMATED BY THE HOSPITAL. HOWEVER, THE PATIENT AND/OR RESPONSIBLE PARTY HAVE PERSONALLY GUARANTEED PAYMENT AND ARE RESPONSIBLE FOR THE TOTAL CHARGES ON THIS STATEMENT.

Make Checks Payable to:
St. John's Regional Health Center
1235 E. Cherokee
Springfield, MO 65804

(3) Court where filed: _N/A_

(4) Case Number and citation: _N/A_

(5) Basic claim made: _N/A_

(6) Date of disposition: _N/A_

(7) Disposition: _N/A_
                (Pending) (on appeal) (resolved)

(8) If resolved, state whether for: _N/A_
                                       (Plaintiff or Defendant)

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

On March 29, 2011 I arrived at FRDC wearing a chest & back brace, a full leg range brace on my right leg and a walking boot on my left ankle. At that time I saw a nurse which took the braces and put me in a wheelchair until I seen the Doctor to see what he wanted to do with the braces.

At the time that I seen the doctor, He said he would hold my braces until I get to a mainline camp and then it would be up to that doctor if I was allowed to have them or not.

On May 26, 2011 when I was transfered to Missouri

B. State briefly your legal theory or cite appropriate authority:
That they should half to pay me the cost of my braces. I should also be entitled them to pay the cost of me filing this law suit and be entitled money for pain and suffering I went through due to not having my braces.

3

Case 2:12-cv-04184-NKL   Document 1   Filed 07/02/12   Page 9 of 16

Page 3A

IX. A

Correctional Center my braces was not transfered with me.

I was put in a wheelchair and stayed in the wheelchair until Apirl 4, 2012. I had to do gate training with a walker for months to be able to walk again.

X.  Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.
To pay for the cost of all my braces and the filling fee. Pay me for the pain and suffering I went through, since I did not have my braces.

XI. Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name. N/A

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?  Yes  X   No____

If your answer is "Yes," state the names(s) and address(es) of each lawyer contacted.
ROGER G. BROWN & ASSOCIATES
216 East McCarty Street
Jefferson City, Missouri 65101-3313

C. Have you previously had a lawyer representing you in a civil action in this court?
Yes____  No X

If your answer is "Yes," state the name and address of the lawyer.
N/A

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this __27__ day of __June__, 2012.

_____
Signature(s) of Plaintiff(s)

4

Page 4A

XI. B.

WILLIAM D. STEINMEIER, P.C.
2031 Tower Drive
Jefferson City, Missouri 65109

Michael Rizzo
Attorney At Law
P.O. Box 165317
North Kansas City, MO 64116-5317

Katherine S. Rizzo (Stinson M.H.)
Attorney At Law
1201 Walnut St, Ste 2900
Kansas City, MO 64106

Baty, Holm & Numrich, P.C. Law Office
210 Plaza West Building, 4600 Madison Ave
Kansas City, MO 64112-3012

ACLU
3601 Main Street
Kansas City, MO 64111

Sanders & Simpson, P.C. Law Office
10401 Homes Road, Suite 490
Kansas City, MO 64131-3405

Siro, Smith, Dickson, P.C. Law Office
1621 Baltimore Avenue
Kansas City, MO 64108-1302

Page 4B

Wagstaff & Cartmell, L.L.P. Law Office
4740 Grand Avenue, Suite 300
Kansas City, MO 64112-2255

The Accurso Law Firm, A Professional Corporation
4646 Roanoke Parkway
Kansas City, MO 64112-1227

Ford, Parshall & Baker L.L.C. Law Office
3210 Bluff Creek Drive
Columbia, MO 65201-3525

Oliver, Walker, Wilson   Law Office
Flat Branch Center
401 Locust Street, Suite 406
Columbia, MO 65201

Bley Law Firm, P.C.
Woodrail Centre
1000 West Nifong Boulevard, Building 4, Suite 200
Columbia, MO 65203-5679

Rogers, Ehrhardt & Weber, L.L.C   Law Office
302 Campusview Drive, Suite 204
Columbia, MO 65201-7506

Walther, Antel, Stamper & Eischer, P.C. Law Office
700 Cherry Street Second Floor
Columbia, MO 65201

Noland Law Firm L.L.C.
34 Westwoods Drive
Liberty, MO 64068-3579

Page 4C

Parrish, Mary M. Hinchey   Law Office
122 Westwoods Drive
Liberty, MO 64068-1181

Patton & Associates   Law Office
114 Westwoods Drive
Liberty, MO 64068-1181

Gregory R. Harrison,   Law Office
Westowne Office Center, Westowne II
Liberty, MO 64068

Langdon & Emison   Law Office
911 Main Street, P.O. Box 220
Lexington, MO 64067-0220

Aull, Sherman, Worthing, Giorza & Hamilton L.C.C.   Law Office
Nine South 11th Street, P.O. Box 280
Lexington, MO 64067-0280

Bradley And Bradley LLC   Law Office
105 South Tenth Street
Lexington, MO 64067

Yeretsky & Maher, LLC   Law Office
P.O. Box 26035
Kansas City, MO 64196-6035

Deacy & Deacy, L.L.P.,   Law Office
920 Main Street, Suite 1900
Kansas City, MO 64105-2010

Page 4D

Caskey, Hopkins & Wilhelmus, L.L.C. Law Office
2029 Wyandotte Street, Suite 100
Kansas City, MO 64108-1971

Thomas R. Bellmann, P.C. Law Office
311 West Kansas Avenue
Independence, MO 64050-3715

Bartimus, Frickleton, Robertson & Gorny, P.C. Law Office
715 Swifts Highway
Jefferson City, MO 65109-2545

Brown, Cornell, Farrow LLC. Law Office
601 Monroe Street, Suite 304
Jefferson City, MO 65101-3180

Case 2:12-cv-04184-NKL   Document 1   Filed 07/02/12   Page 15 of 16

David Whitehead #363197
Missouri Correctional Center 1-A-10
Eastern
18701 Old Hwy 66
Pacific, MO 63069

Mailed from:
Missouri Eastern
Correctional Center

This correspondence is from an inmate in the custody of the Missouri Department of Corrections. The Department is not responsible for the contents of this correspondence. For information about the offender or to verify information about the offender, please visit our website at www.doc.mo.gov.

RECEIVED
2012 JUL -2 PM 1:29
CLERK, U.S. DIST. COURT
WEST. DIST. OF MO
KANSAS CITY, MO

"LEGAL MAIL"

U.S. District Court
Office of the Clerk
1510 Whittaker Courthouse
400 E. Ninth Street
Kansas City, MO 64106

